UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TAMARA MICHELLE WHITLEY, I and )
B.F.W., )
                Plaintiffs, )
  )
vs. )       **JUDGMENT IN A CIVIL CASE**
)       **CASE NO. 5:24-CV-364-D**
COMMISSIONER OF SOCIAL )
SECURITY, )
  )
                Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiffs' motion to dismiss [D.E. 14]. The court DENIES as moot all other motions. The clerk shall close the case.

This Judgment filed and entered on November 8, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)
Tamara Michelle Whiteley, I, B.F.W.       (via CM/ECF electronic notification)

November 8, 2024                   Peter A. Moore, Jr.
                                 Clerk of Court

                          By: /s/ Stephanie Mann
                               Deputy Clerk